UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:05-cr-00080-SEB-DKL |
| | ) | |
| JACKIE L. PATTON, | ) | -03 |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Denise K. Larue's Report and Recommendation that

Jackie L. Patton's supervised release be modified, pursuant to Title 18, U.S.C. §3401(i) and Rule

32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, The Court now

approves and adopts the Report and  Recommendation as the entry of the Court, and orders the

defendant's sentence modified as follows:

·   The defendant shall reside for a period of up to 180 days at a Residential Reentry Center

   (RRC) as directed by the probation officer and shall observe the rules of the facility; and,

·   The defendant shall participate in a cognitive behavior program, such as Moral

   Reconation Therapy (MRT), at the direction of the probation officer and abide by the

   rules of the program.

The defendant will self-surrender upon designation by the Federal Bureau of Prisons.

SO ORDERED.

Date: 4/4/2016

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation and Parole

United States Marshal Service